DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

IN RE ESTATE OF HEFFNER

No. 267P83.

Case below: 61 N.C. App. 646.

Petition by Phillips for discretionary review under G.S. 7A-31 denied 7 July 1983.

LEDFORD v. LEDFORD

No. 181P83.

Case below: 59 N.C. App. 738.

Petition by defendant for writ of certiorari to North Carolina Court of Appeals denied 7 July 1983.

MOORE and VAN ALLEN v. LYNCH

No. 276P83.

Case below: 61 N.C. App. 601.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 7 July 1983.

N.C. STATE BAR v. FRAZIER

No. 281P83.

Case below: 62 N.C. App. 172.

Petition by defendant for discretionary review under G.S. 7A-31 denied 9 June 1983. Motion by defendant for reconsideration of the denial of discretionary review denied 16 June 1983.

OSCAR MILLER CONTRACTOR v. TAX REVIEW BOARD

No. 242P83.

Case below: 61 N.C. App. 725.

Petition by defendant for discretionary review under G.S. 7A-31 denied 7 July 1983.